In the Matter of the Estate of ROSELIA S. LOOK, Deceased.

(Argued January 29, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 1, 1889, which affirmed a decree of the surrogate of Chatauqua county, admitting to probate an instrument propounded for probate as the last will and testament of Roselia S. Look.

*H. Aplington* for appellants.

*John G. Milburn* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHANNA BERGEN, as Administratrix, etc., Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued January 29, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 8, 1889, which affirmed a judgment in favor of· plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Julien T. Davies* for appellant.

*Thomas F. Magner* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, PECKHAM and GRAY, JJ., dissenting.
Judgment affirmed.